IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARBARA FISHER, | HON. JEROME B. SIMANDLE |
| Plaintiff, | Civil No. 11-01634 (JBS) |
| v. | |
| | **ORDER** |
| MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

This matter came before the Court upon review of the final decision of the Defendant, Commissioner of the Social Security Administration, denying the application of Plaintiff, Barbara Fisher, for Supplemental Security Income and Disability Benefits; and the Court finding that the Commissioner's decision should be vacated and remanded for reasons stated in the Opinion of today's date;

**IT IS** on this ___**21st**___ day of **March, 2012,** hereby

**ORDERED** and that the Commissioner's decision is **VACATED** and **REMANDED** for further proceedings consistent with the instructions set forth in today's Opinion.

 **s/ Jerome B. Simandle**
JEROME B. SIMANDLE
Chief United States District Judge